1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Kirby Spencer                                     )        Case # 14-cv-01646-RFB-CWH
                                                  )
                                                  )
                                                  )        **VERIFIED PETITION FOR**
              Plaintiff(s),                       )        **PERMISSION TO PRACTICE**
                                                  )        **IN THIS CASE ONLY BY**
     vs.                                          )        **ATTORNEY NOT ADMITTED**
                                                  )        **TO THE BAR OF THIS COURT**
                                                  )        **AND DESIGNATION OF**
Kohl's Department Stores, Inc.                    )        **LOCAL COUNSEL**
                                                  )
              Defendant(s).                       )
                                                  )        **FILING FEE IS $250.00**

_____ Evan M. Meyers _____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)

    1.      That Petitioner is an attorney at law and a member of the law firm of

_____ McGuire Law, P.C. _____
                              (firm name)

with offices at _____ 161 N. Clark Street, 47th Floor _____,
                                      (street address)

_____ Chicago _____, Illinois _____, 60601 _____,
            (city)                        (state)                  (zip code)

_____ (312) 216-5179 _____, _____ emeyers@mcgpc.com _____.
   (area code + telephone number)        (Email address)

    2.      That Petitioner has been retained personally or as a member of the law firm by

_____ Plaintiff Kirby Spencer _____ to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

                                                                        *Rev. 1/15*

3. That since _____November 7, 2002_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Illinois_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois Supreme Court | November 7, 2002 | 6278032 |
| U.S. District Court, Northern Dist. of Illinois | November 2002 | |
| U.S. Court of Appeals, Ninth Circuit | June 26, 2013 | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations. American Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| May 2, 2012 | Kristensen v. CPS | District of Nevada (Las Vegas) | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                         _Evan Meyers_ (signature)
                                                          Petitioner's signature

5   STATE OF Nevada                    )
                                       )
6   COUNTY OF         Clark            )

7        Evan M. Meyers        , Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                         _Evan Meyers_ (signature)
                                                          Petitioner's signature

10  Subscribed and sworn to before me this

11  28th day of January , 2015 .

12

13  _Eva Marie Crooks_
                Notary Public or Clerk of Court

14

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**

17        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate        Craig K. Perry        ,
                                                                       (name of local counsel)

19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____8010 W. Sahara Avenue, Suite 260_____,
                                       (street address)

24  _____Las Vegas_____, _____Nevada_____, _____89117_____,
               (city)                        (state)                  (zip code)

25

26  _____(702) 228-4777_____, _____cperry@craigperry.com_____.
        (area code + telephone number)              (Email address)

27

28                                      4                                Rev. 1/15

EVA MARIE CROOKS
Notary Public State of Nevada
No. 10-1042-1
My Appt. Exp. Dec. 1, 2017

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Craig K. Perry _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Kirby Spencer_____
(party's signature)

Plaintiff Kirby Spencer_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

003786 _____ cperry@craigperry.com____
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15