

# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, IL 60601-6219<br>(312) 565-2600 (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive<br>Suite 301<br>Springfield, IL 62704<br>(217) 522-6838 (800) 252-8048<br>Fax (217) 522-2417 |

Chicago
1/9/2015

Re: Evan Matthew Meyers
Attorney No. 6278032

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Evan Matthew Meyers was admitted to practice law in Illinois on 11/7/2002; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar