**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KIRBY SPENCER,)
                Plaintiff,)  Case No.  2:14-cv-01646-RFB-CWH
)
vs.)  **ORDER**
)
KOHL'S DEPARTMENT STORES, INC.,)
)
                Defendant.)

Pursuant to discussions during the January 28, 2015 hearing, the Court enters the following Scheduling Order <u>sua sponte</u>.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall enter the following Scheduling Order in the instant case:

| | | |
|---|---|---|
| 1. | Discovery cutoff | **July 28, 2015** |
| 2. | Motions to amend pleadings and add parties | **April 29, 2015** |
| 3. | Expert designations | **May 29, 2015** |
| 4. | Rebuttal expert designations | **June 28, 2015** |
| 5. | Interim status report | **May 29, 2015** |
| 6. | Dispositive motions | **August 27, 2015** |

**IT IS FURTHER ORDERED** that any extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted.  All motions or stipulations to extend discovery shall be received by the Court at least **twenty-one (21) days** prior to the date fixed for completion of discovery or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court.  All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than **twenty-**

**one (21) days** before expiration of the subject deadline or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court.  Any extension or modification of a discovery deadline or subject deadline not filed at least **twenty-one (21) days** prior to the date fixed for completion of discovery or the expiration of the subject deadline must be supported by a showing that the failure to act was the result of excusable neglect.  The motion or stipulation shall include:

   a.   A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

   b.   A specific description of the discovery which remains to be completed;

   c.   The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

   d.   A proposed schedule for the completion of all remaining discovery.

**IT IS FURTHER ORDERED** that if no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, joint proposed Pretrial Order by **September 26, 2015**.  If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

DATED: January 29, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**