Craig K. Perry, Esq.
Nevada Bar No. 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Tel: (702) 228-4777
Fax: (702) 943-7520
cperry@craigperry.com

*ATTORNEYS FOR PLAINTIFF*
[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRBY SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a foreign corporation doing business in Nevada,<br><br>Defendant. | No. 2:14-CV-01646-RFB-CWH<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 ET. SEQ.**<br><br>Hon. Richard F. Boulware, II<br><br>Magistrate Judge Carl W. Hoffman<br><br>JURY TRIAL DEMANDED |

**FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff Kirby Spencer brings this first amended complaint against Kohl's Department Stores ("Defendant" or "Kohl's") to stop Defendant's unlawful debt collection practices in the form of unauthorized telephone calls using an automatic telephone dialing system ("ATDS"), and to obtain redress for all persons injured by its conduct. Plaintiff alleges as follows upon personal knowledge as to himself and his own acts and experiences and, as to all other matters, upon information and belief including investigation conducted by his attorneys.

**NATURE OF THE ACTION**

1. In an effort to increase its recovery on delinquent accounts, Defendant, a nationwide retailer, violated federal law by making unauthorized automated telephone calls using an ATDS ("robocalls") to the cellular telephones of individuals throughout the nation.

2. By effectuating these unsolicited robocalls, Defendant has violated the called parties' statutory rights and has caused the call recipients actual harm, not only because the called parties were subjected to the aggravation that necessarily accompanies unsolicited calls, but also because the recipients sometimes have to pay their cellular phone providers for receiving the calls or incur a usage deduction on their plan.

3. In order to redress these injuries, Plaintiff, on behalf of himself and a nationwide class, brings suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"), which protects the privacy right of consumers to be free from receiving unsolicited automated telephone calls.

4. On behalf of the class, Plaintiff seeks an injunction requiring Defendant to cease all unauthorized automated telephone calls and an award of statutory damages to the members of the class, together with costs and attorneys' fees.

**JURISDICTION AND VENUE**

5. This Court has federal question subject matter jurisdiction under 28 U.S.C. § 1331, as the action arises under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227.

6. Venue is proper in the District of Nevada under 28 U.S.C. §1391(b) because Plaintiff resides in this District and because a substantial part of the events concerning the unsolicited robocalls at issue occurred in this District, as Plaintiff received Defendant's unsolicited robocalls within this District.

7. This Court has personal jurisdiction over the Defendant under Nev. Rev. Stat. § 14.065 because the acts alleged occurred in Nevada and Defendant conducts business within Nevada.

**PARTIES**

8. Plaintiff is domiciled in the State of Nevada.

9. Defendant Kohl's is a nationwide retailer. It is a Delaware corporation with its principal place of business located in Wisconsin. Defendant conducts business in this District, and conducts business elsewhere throughout the United States.

**COMMON ALLEGATIONS OF FACT**

10. Defendant is a nationwide retailer that operates department stores across the country.

11. As an ordinary business practice, Defendant obtains the telephone numbers of its customers which are then used as part of its automated-calling debt collection operation if the customer's account becomes delinquent.

12. In an effort to increase recovery and reduce costs associated with operating its automated-calling debt collection operation, Defendant does not utilize any procedures necessary to confirm that the telephone numbers to which Defendant makes robocalls actually belong to the debtors who allegedly provided them prior to Defendant making such robocalls.

13. As a consequence, many of the telephone numbers Defendant receives in connection with its debt collection operation are inaccurate, or have become inaccurate, and result in Defendant routinely placing automated telephone calls to individuals who never provided consent to be called by Defendant.

14. In addition to being an aggravating invasion of privacy, unsolicited automated telephone calls can actually cost recipients money because called parties such as Plaintiff must frequently pay for the calls they receive or incur a usage deduction, regardless of whether the call is authorized.

15. For instance, beginning in or about June 2014, in an apparent effort to collect on a debt that did not belong to Plaintiff, Defendant began calling Plaintiff's cellular telephone.

16. Since receiving that initial phone call in or about June 2014, Plaintiff has repeatedly had his privacy invaded by Defendant, receiving the same or similar telephone calls

on his cellular telephone over 100 times from June 2014 through July 2014. (*See* Exhibit 1.)

17. At no time did Plaintiff provide Defendant with consent to place any telephone calls, including any calls made through an ATDS, to his cellular telephone number.

## CLASS ACTION ALLEGATIONS

18. Plaintiff brings this action on behalf of himself and a national class (the "Class") defined as follows:

> All persons in the United States and its territories who received one or more unauthorized telephone calls on their cellular telephone from Defendant through an automated telephone dialing system where the called party was not the same individual who, according to Defendant's records, provided the phone number.

19. Plaintiff will fairly and adequately represent and protect the interests of the other members of the Class. Plaintiff has retained counsel with substantial experience in prosecuting complex litigation and class actions. Plaintiff and his counsel are committed to vigorously prosecuting this action on behalf of the other members of the Class, and have the financial resources to do so. Neither Plaintiff nor his counsel has any interest adverse to those of the other members of the Class.

20. Absent a class action, most members of the Class would find the cost of litigating their claims to be prohibitive and would have no effective remedy. The class treatment of common questions of law and fact is superior to multiple individual actions or piecemeal litigation in that it conserves the resources of the courts and the litigants, and promotes consistency and efficiency of adjudication.

21. Defendant has acted and failed to act on grounds generally applicable to the Plaintiff and the other members of the Class, requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class, and making injunctive or corresponding declaratory relief appropriate for the Class as a whole.

22. The factual and legal bases of Defendant's liability to Plaintiff and to the other members of the Class are the same, resulting in injury to the Plaintiff and to all of the other

members of the Class. Plaintiff and the other members of the Class have all suffered harm and damages as a result of Defendant's unlawful and wrongful conduct.

23. Upon information and belief, the Class contains hundreds, if not thousands, of members such that joinder of all members is impracticable.

24. There are many questions of law and fact common to the claims of Plaintiff and the other members of the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not limited to, the following:

    (a) Did Defendant place calls using an automatic telephone dialing system?

    (b) Did Defendant place calls using an automatic telephone dialing system to persons who did not previously provide Defendant with consent to receive such calls on their respective cellular telephone numbers?

    (c) Did the unauthorized calls made by Defendant violate the TCPA?

    (d) Was Defendant's conduct in violation of the TCPA willful such that the members of the Class are entitled to treble damages?

    (e) Should Defendant be enjoined from continuing to engage in such conduct?

## COUNT I
### Violation of Telephone Consumer Protection Act (47 U.S.C. § 227) on behalf of the Class

25. Plaintiff incorporates by reference the foregoing allegations as if fully set forth herein.

26. Defendant made unsolicited telephone calls without prior express consent using an automatic telephone dialing system to the cellular telephone numbers of Plaintiff and the other members of the Class. Each such automated call was made using equipment that had the capacity at the time the calls were placed to store or produce telephone numbers to be called using a random or sequential number generator and to dial such numbers.

27. Defendant's conduct violated the TCPA, 47 U.S.C. §227(b)(1)(A)(iii).

28. As a result of Defendant's illegal conduct, the members of the Class have had their privacy rights violated, have suffered statutory and actual damages, and, under 47 U.S.C. §227(b)(3)(B), are each entitled, inter alia, to a minimum of $500.00 in damages for each such violation of the TCPA.

**REQUEST FOR RELIEF**

Plaintiff, on behalf of himself and the Class, requests the following relief:

A. An order certifying the Class as defined above;

B. An award of statutory damages;

C. An injunction requiring Defendant to cease all unauthorized automated telephone activities;

D. An award of reasonable attorneys' fees and expenses of litigation; and

E. Such further and other relief as the Court deems just or equitable.

**JURY DEMAND**

Plaintiff requests trial by jury of all claims that can be so tried.

Respectfully submitted,

DATED: October 13, 2015                    CRAIG K. PERRY & ASSOCIATES

/s/ Evan M. Meyers
Craig K. Perry, Esq. (Nev. Bar No. 003786)
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
Tel: (702) 228-4777
Fax: (702) 942-7520
cperry@craigperry.com

Evan M. Meyers (*pro hac vice*)
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com

*Counsel for Plaintiff Kirby Spencer
and the Putative Class*

# Exhibit 1 to Plaintiff Kirby Spencer's First Amended Complaint

CALL LOG

| CALL # | CALL DATE | CALL TIME | CALL FROM # | RESULT OF CALL | EVIDENCE |
|---|---|---|---|---|---|
| 1 | 6.19.14 | 11:01:00 | 4142572339 | hang up / no voicemail | pic |
| 2 | 6.19.14 | 12:31:00 | 4142572339 | hang up / no voicemail | pic |
| 3 | 6.19.14 | 19:32:00 | 4142572339 | hang up / no voicemail | pic |
| 4 | 6.20.14 | 10:05:00 | 4142572339 | hang up / no voicemail | pic |
| 5 | 6.20.14 | 13:09:00 | 4142572339 | hang up / no voicemail | pic |
| 6 | 6.21.14 | 8:21:00 | 4142572339 | hang up / no voicemail | pic |
| 7 | 6.21.14 | 10:06:00 | 4142572339 | hang up / no voicemail | pic |
| 8 | 6.21.14 | 12:10:00 | 4142572339 | hang up / no voicemail | pic |
| 9 | 6.21.14 | 13:27:00 | 4142572339 | hang up / no voicemail | pic |
| 10 | 6.23.14 | 8:15:00 | 2627049780 | hang up / no voicemail | pic |
| 11 | 6.23.14 | 10:09:00 | 2627049780 | hang up / no voicemail | pic |
| 12 | 6.23.14 | 13:40:00 | 2627049780 | hang up / no voicemail | pic |
| 13 | 6.23.14 | 20:16:00 | 4142572339 | hang up / no voicemail | pic |
| 14 | 6.24.14 | 8:10:00 | 2627049780 | hang up / no voicemail | pic |
| 15 | 6.24.14 | 11:43:00 | 2627049780 | hang up / no voicemail | pic |
| 16 | 6.24.14 | 15:23:00 | 2627049780 | hang up / no voicemail | vid |
| 17 | 6.24.14 | 20:19:00 | 4142572339 | hang up / no voicemail | vid |
| 18 | 6.25.14 | 11:23:00 | 2627049780 | hang up / no voicemail | pic |
| 19 | 6.25.14 | 13:26:00 | 2627049780 | hang up / no voicemail | pic |
| 20 | 6.25.14 | 20:01:00 | 4142572339 | hang up / no voicemail | vid |
| 21 | 6.26.14 | 19:22:00 | 4142572339 | hang up / no voicemail | pic |
| 22 | 6.27.14 | 8:33:00 | 2627049780 | hang up / no voicemail | pic |
| 23 | 6.27.14 | 11:38:00 | 2627049780 | hang up / no voicemail | pic |
| 24 | 6.27.14 | 13:03:00 | 2627049780 | hang up / no voicemail | pic |
| 25 | 6.28.14 | 11:44:00 | 2627049780 | hang up / no voicemail | pic |
| 26 | 6.30.14 | 8:24:00 | 2627049780 | hang up / no voicemail | pic |
| 27 | 6.30.14 | 10:44:00 | 2627049780 | hang up / no voicemail | pic |
| 28 | 6.30.14 | 16:28:00 | 2627049780 | hang up / no voicemail | pic |
| 29 | 6.30.14 | 19:00:00 | 2627049780 | hang up / no voicemail | pic |
| 30 | 6.30.14 | 20:21:00 | 2627049780 | hang up / no voicemail | pic |
| 31 | 7.1.14 | 8:14:00 | 2627049780 | hang up / no voicemail | pic |

| | | | | |
|---|---|---|---|---|
| 32 | 7.1.14 | 10:07:00 | 2627049780 | hang up / no voicemail | pic |
| 33 | 7.1.14 | 12:22:00 | 2627049780 | hang up / no voicemail | pic |
| 34 | 7.1.14 | 14:17:00 | 2627049780 | hang up / no voicemail | pic |
| 35 | 7.1.14 | 15:07:00 | 2627049780 | hang up / no voicemail | pic |
| 36 | 7.1.14 | 20:14:00 | 2627049780 | hang up / no voicemail | pic |
| 37 | 7.3.14 | 12:28:00 | 2627049780 | hang up / no voicemail | pic |
| 38 | 7.3.14 | 14:54:00 | 2627049780 | hang up / no voicemail | pic |
| 39 | 7.7.14 | 8:16:00 | 2627049780 | hang up / no voicemail | pic |
| 40 | 7.7.14 | 11:12:00 | 2627049780 | hang up / no voicemail | pic |
| 41 | 7.7.14 | 12:46:00 | 2627049780 | hang up / no voicemail | pic |
| 42 | 7.7.14 | 14:28:00 | 2627049780 | hang up / no voicemail | pic |
| 43 | 7.7.14 | 15:44:00 | 2627049780 | hang up / no voicemail | pic |
| 44 | 7.7.14 | 18:50:00 | 2627049780 | hang up / no voicemail | pic |
| 45 | 7.7.14 | 20:28:00 | 2627049780 | hang up / no voicemail | pic |
| 46 | 7.8.14 | 8:09:00 | 2627049780 | hang up / no voicemail | pic |
| 47 | 7.8.14 | 10:36:00 | 2627049780 | hang up / no voicemail | pic |
| 48 | 7.8.14 | 11:57:00 | 2627049780 | hang up / no voicemail | pic |
| 49 | 7.8.14 | 13:39:00 | 2627049780 | hang up / no voicemail | pic |
| 50 | 7.8.14 | 16:46:00 | 2627049780 | hang up / no voicemail | pic |
| 51 | 7.8.14 | 11:57:00 | 2627049780 | hang up / no voicemail | pic |
| 52 | 7.8.14 | 18:52:00 | 2627049780 | hang up / no voicemail | pic |
| 53 | 7.8.14 | 20:36:00 | 2627049780 | hang up / no voicemail | pic |
| 54 | 7.9.14 | 8:09:00 | 2627049780 | hang up / no voicemail | pic |
| 55 | 7.9.14 | 11:47:00 | 2627049780 | hang up / no voicemail | pic |
| 56 | 7.9.14 | 15:35:00 | 2627049780 | hang up / no voicemail | pic |
| 57 | 7.9.14 | 18:51:00 | 2627049780 | hang up / no voicemail | pic |
| 58 | 7.9.14 | 20:36:00 | 2627049780 | hang up / no voicemail | pic |
| 59 | 7.10.14 | 8:34:00 | 2627049780 | hang up / no voicemail | pic |
| 60 | 7.11.14 | 10:39:00 | 2627049780 | hang up / no voicemail | pic |
| 61 | 7.11.14 | 12:27:00 | 2627049780 | hang up / no voicemail | pic |
| 62 | 7.12.14 | 11:38:00 | 2627049780 | hang up / no voicemail | pic |
| 63 | 7.12.14 | 13:39:00 | 2627049780 | hang up / no voicemail | pic |
| 64 | 7.14.14 | 8:15:00 | 2627049780 | hang up / no voicemail | pic |
| 65 | 7.14.14 | 11:37:00 | 2627049780 | hang up / no voicemail | pic |
| 66 | 7.14.14 | 13:15:00 | 2627049780 | hang up / no voicemail | pic |
| 67 | 7.15.14 | 13:15:00 | 2627049780 | hang up / no voicemail | pic |
| 68 | 7.15.14 | 8:08:00 | 2627049780 | hang up / no voicemail | pic |
| 69 | 7.15.14 | 9:19:00 | 2627049780 | hang up / no voicemail | pic |
| 70 | 7.15.14 | 13:01:00 | 2627049780 | hang up / no voicemail | pic |

| | | | | | |
|---|---|---|---|---|---|
| 71 | 7.16.14 | 19:40:00 | 9035938790 | hang up / no voicemail | pic |
| 72 | 7.17.14 | 10:16:00 | 2627049780 | hang up / no voicemail | pic |
| 73 | 7.17.14 | 13:03:00 | 2627049780 | hang up / no voicemail | pic |
| 74 | 7.18.14 | 19:06:00 | 9035938790 | hang up / no voicemail | pic |
| 75 | 7.19.14 | 8:13:00 | 2627049780 | hang up / no voicemail | pic |
| 76 | 7.19.14 | 10:19:00 | 2627049780 | hang up / no voicemail | pic |
| 77 | 7.19.14 | 12:35:00 | 2627049780 | hang up / no voicemail | pic |
| 78 | 7.21.14 | 8:21:00 | 2627049780 | hang up / no voicemail | pic |
| 79 | 7.21.14 | 9:54:00 | 2627049780 | hang up / no voicemail | pic |
| 80 | 7.21.14 | 13:23:00 | 2627049780 | hang up / no voicemail | pic |
| 81 | 7.21.14 | 18:55:00 | 9035938790 | hang up / no voicemail | pic |
| 82 | 7.21.14 | 20:15:00 | 9035938790 | hang up / no voicemail | pic |
| 83 | 7.22.14 | 8:04:00 | 2627049780 | hang up / no voicemail | pic |
| 84 | 7.22.14 | 9:20:00 | 2627049780 | hang up / no voicemail | pic |
| 85 | 7.22.14 | 11:31:00 | 2627049780 | hang up / no voicemail | pic |
| 86 | 7.22.14 | 13:10:00 | 2627049780 | hang up / no voicemail | pic |
| 87 | 7.23.14 | 9:11:00 | 2627049780 | hang up / no voicemail | pic |
| 88 | 7.23.14 | 13:00:00 | 2627049780 | hang up / no voicemail | pic |
| 89 | 7.23.14 | 19:51:00 | 9035938790 | hang up / no voicemail | pic |
| 90 | 7.25.14 | 10:48:00 | 2627049780 | hang up / no voicemail | pic |
| 91 | 7.25.14 | 12:10:00 | 2627049780 | hang up / no voicemail | pic |
| 92 | 7.26.14 | 11:08:00 | 2627049780 | hang up / no voicemail | pic |
| 93 | 7.26.14 | 13:49:00 | 2627049780 | hang up / no voicemail | pic |
| 94 | 7.28.14 | 10:37:00 | 2627049780 | hang up / no voicemail | pic |
| 95 | 7.28.14 | 19:55:00 | 4142572339 | hang up / no voicemail | pic |
| 96 | 7.29.14 | 8:13:00 | 2627049780 | hang up / no voicemail | pic |
| 97 | 7.29.14 | 9:50:00 | 2627049780 | hang up / no voicemail | pic |
| 98 | 7.29.14 | 18:56:00 | 4142572339 | hang up / no voicemail | pic |
| 99 | 7.29.14 | 20:33:00 | 4142572339 | hang up / no voicemail | pic |
| 100 | 7.31.14 | 9:02:00 | 2627049780 | hang up / no voicemail | pic |
| 101 | 7.31.14 | 10:17:00 | 2627049780 | hang up / no voicemail | pic |
| 102 | 7.31.14 | 12:51:00 | 2627049780 | hang up / no voicemail | pic |
| 103 | 7.31.14 | 18:57:00 | 4142572339 | hang up / no voicemail | pic |