Lauri A. Mazzuchetti (*pro hace vice*)
lmazzuchetti@kelleydrye.com
Michael A. Innes (*pro hace vice*)
minnes@kelleydrye.com
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone:  973.503.5924
Facsimile:  973.503.5950

Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV  89101
Telephone:702.214.2100
Facsimile: 702.214.2101

*Attorneys for Defendant
Kohl's Department Stores, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendant. | **Case No. 2:14-cv-01646-RFB-CWH**<br><br>**[JOINT PROPOSED]<br>AMENDED SCHEDULING ORDER** |

Plaintiff Kirby Spencer ("Plaintiff"), by and through his attorneys Craig K. Perry & Associates and McGuire Law, P.C., and Defendant Kohl's Department Stores, Inc. ("Defendant" or "Kohl's"), by and through its attorneys Pisanelli Bice PLLC and Kelley Drye & Warren LLP, pursuant to Local Rules 6-1, 6-2 and 7-1,

and Fed. R. Civ. P. 16, hereby stipulate as follows:

1. Plaintiff commenced this action on October 7, 2014. (Dkt. 1).

2. On February 5, 2015, Plaintiff filed his Motion for Leave to File Amended Complaint, seeking leave to add class allegations. (Dkt. 20) ("Motion for Leave").

3. On September 30, 2015, the Court granted Plaintiff's Motion for Leave. (Dkt. 49).

4. Pursuant to the Court's September 30, 2015 Order, Plaintiff filed his First Amended Complaint on October 13, 2015. (Dkt. 50).

5. On November 13, 2015, Kohl's filed its Answer to the First Amended Complaint. (Dkt. 53).

6. On August 31, 2015, this Court granted the Parties' Stipulation (Dkt. 44), extending the discovery deadline to November 16, 2015. (Dkt. 45).

7. Due in large part to the pendency of the Motion for Leave and the recent filing of the First Amended Complaint, however, significant discovery remains outstanding for both Parties, including document production and deposition scheduling.

8. Additionally, counsel for Plaintiff and for Kohl's have met and conferred and agree that, in light of the recent filing of the First Amended Complaint with class allegations, good cause exists to extend the deadline to complete discovery.

9. Kohl's reserves the right to object to discovery requests seeking the production of records/data related to the entire putative class on the basis that such records/data are not or will not become relevant unless and until a class is certified. Plaintiff reserves the right to contest any such objection.

10. As such, Plaintiff and Kohl's agree to the following Amended Scheduling Order and ask that the Court enter the same:

NJ01\InneM\233172.1

| | | |
|---|---|---|
| 1. | Deadline to amend pleadings and add parties: | **December 13, 2015** |
| 2. | Plaintiff's Expert Disclosures: | **March 8, 2016** |
| 3. | Defendant's Rebuttal Expert Disclosures: | **April 5, 2016** |
| 4. | Discovery Cut-Off: | **May 3, 2016** |
| 5. | Deadline to File Motion for Class Certification: | **May 27, 2016** |
| 6. | Dispositive Motions | **No later than 60 days after Court's ruling on Motion for Class Certification** |

11. This Stipulation is made in good faith and not for the purpose of delay or for any other improper purpose. No trial date has yet been set in this case and no motions are currently pending.

**WHEREFORE,** Plaintiff Kirby Spencer and Defendant Kohl's Department Stores, Inc. hereby stipulate and respectfully request that the Court enter an Amended Scheduling Order in accordance with the dates set forth herein.

Dated: November 23, 2015

Respectfully submitted,
MCGUIRE LAW, P.C.
By: /s/        Evan M. Meyers
Evan M. Meyers (admitted *pro hac vice*)
*Attorneys for Plaintiff Kirby Spencer*

Dated: November 23, 2015

PISANELLI BICE PLLC
By: /s/        Jordan T. Smith
Jordan T. Smith (Nev. Bar No. 12097)
*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

3

NJ01\InneM\233172.1

1 | Pursuant to Stipulation, **IT IS SO ORDERED**.

3 | Dated: _____     By: _____
4 |                                 Magistrate Judge Carl W. Hoffman
                                    United States Magistrate Judge

NJ01\InneM\233172.1