# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRBY SPENCER,

    Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

Case No. 2:14-cv-01646-RFB-CWH

**ORDER**

Presently before the court is the parties' joint status report (ECF No. 65), filed on October 13, 2016. The parties have notified the court that on October 4, 2016, the United States Judicial Panel on Multidistrict Litigation issued an order (ECF No. 64) denying transfer of this case. Previously, this court had issued a stay (ECF No. 63) pending the outcome of the motion to transfer.

IT IS THEREFORE ORDERED that the stay (ECF No. 63) is lifted.

IT IS FURTHER ORDERED that the parties must submit a discovery plan and scheduling order no later than October 31, 2016.

DATED: October 17, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1