Lauri Mazzuchetti, Esq. (*pro vac vice*)
LMazzuchetti@kelleydrye.com
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

Craig R. Anderson, Esq.
Nevada Bar No. 6882
canderson@maclaw.com
Brianna Smith, Esq.
Nevada Bar No. 11795
bsmith@maclaw.com
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer,<br><br>    Plaintiff,<br><br>    v.<br><br>Kohl's Department Stores, Inc.<br><br>    Defendant. | Case No. 2:14-cv-01646-RFB-CWH |

### APPENDIX VOLUME 1 OF 1 OF EXHIBITS

### IN SUPPORT OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO STAY

In accordance with LR 10-3 of the United States District Court, District of Nevada, Defendant Kohl's Department Stores, Inc. hereby submits this Appendix of Exhibits for Defendant's Request for Judicial Notice in Support of Defendant's Motion to Stay.

| APPENDIX VOLUME | EXHIBIT | DESCRIPTION |
|---|---|---|
| 1 | A | FCC's Declaratory Ruling and Order adopted June 18, 2015 and released July 10, 2015. (also available at https://www.fcc.gov/document/tcpa-omnibus-declatory-ruling-and-order) |
| 1 | B | Full docket sheet in *ACA Int'l v. Fed. Commc'ns Comm.*, No. 15-1211 (D.C. Cir. 2015) |
| 1 | C | Amended Petition for Review by ACA International, Document No. 1562251, (D.C. Cir. July 14, 2015), *ACA Int'l v. Fed. Commc'ns Comm.*, No. 15-1211 (D.C. Cir. 2015) |
| 1 | D | Order dated October 13, 2015 setting a briefing schedule in *ACA Int'l v. Fed. Commc'ns Comm.*, No. 15-1211 (D.C. Cir. 2015), Document No. 1577930 |
| 1 | E | Excerpts of the transcript of the October 19, 2016 oral argument in *ACA Int'l v. Fed. Commc'ns Comm.*, No. 15-1211 (D.C. Cir. 2015) |
| 1 | F | Petitioner ACA International's Statement of Issues, Document No. 1567590 (D.C. Cir. Aug. 12, 2015), *ACA Int'l. v. Fed. Commc'ns Comm.*, No. 15-1211 (D.C. Cir. 2015) |
| 1 | G | Petitioner Professional Association for Customer Engagement, Inc.'s Non-Binding Statement of Issues to be Raised, Document No. 15678291, (D.C. Cir. Aug. 17, 2015), *ACA Int'l v. Fed Commc'ns Comm.*, No 15-1211 (D.C. Cir. 2015) |
| 1 | H | Petitioner Sirius XM Radio, Inc.'s Non-Binding Statement of Issues to be Raised, Document No. 1568293, (D.C. Cir. Aug. 17, 2015), *ACA Int'l v. Fed Commc'ns Comm.*, No 15-1211 (D.C. Cir. 2015) |
| 1 | I | Minute Order, Document No. 52, entered in *Fontes v. Time Warner Cable, Inc.*, CV14-2060-CAS-CWx (C.D. Cal. Dec. 17, 2015) |