Craig K. Perry (NV Bar No. 03786)
cperry@craigperry.com
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Tel: (702) 228-4777

Evan M. Meyers (*pro hac vice*)
emeyers@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
Tel: (312) 893-7002

*Attorneys for Plaintiff*

Lauri A. Mazzuchetti (*pro hace vice*)
lmazzuchetti@kelleydrye.com
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Tel:  973-503-5924

Craig R. Anderson, Esq.
Nevada Bar No. 6882
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendant. | Case No. 2:14-cv-01646-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

Plaintiff Kirby Spencer ("Plaintiff"), by and through his attorneys Craig K. Perry & Associates and McGuire Law, P.C., and Defendant Kohl's Department Stores, Inc. ("Defendant" or "Kohl's"), by and through its attorneys Marquis Aurbach Coffing, P.C. and Kelley Drye & Warren LLP, pursuant to Local Rules 6-1, 6-2 and 7-1, and Fed. R. Civ. P. 16, hereby stipulate as follows:

1. Plaintiff commenced this action on October 7, 2014. (ECF No. 1).

2. Pursuant to the Court's September 30, 2015 Order, Plaintiff filed his First Amended Complaint on October 13, 2015 (ECF No. 50), and Kohl's filed its Answer to the First Amended Complaint on November 13, 2015 (ECF No. 53).

3. On November 24, 2015, this Court issued an Amended Scheduling Order setting a discovery deadline of May 3, 2016, a deadline for Plaintiff to file a motion for class certification of May 27, 2016, and a deadline for Defendant to file dispositive motions 60 days after the Court's ruling on the motion for class certification. (ECF No. 55).

4. On March 2, 2016, by this Court's Order on Stipulation, the discovery deadline was extended until July 8, 2016, and the Plaintiff's deadline to file a motion for class certification was extended until August 2, 2016 (ECF No. 59).

5. On July 8, 2016, the parties filed a Joint Motion to Stay Proceedings after a Motion to Transfer was filed in a different case before the Joint Panel on Multidistrict Litigation (ECF No. 62), which was granted by this Court on July 13, 2016, staying this action (ECF No. 63).

6. Following the denial of transfer to the JPML, this Court ordered that the stay be lifted, and required the parties to submit a joint discovery plan and scheduling order (ECF No. 66).

7. On November 1, 2016, this Court issued a Scheduling Order, extending the discovery deadline until April 28, 2017, and extending Plaintiff's deadline to file a motion for class certification until May 26, 2017 (ECF No. 70).

8. On February 6, 2017, this Court granted Kohl's Motion to Stay pending the decision of the D.C. Circuit Court of Appeals in *ACA Int'l v. Fed. Commc'ns Comm.*, No. 15-1211 (D.C. Cir. 2015) (ECF No. 83).

9. By Text Order entered on July 12, 2018, this Court lifted the stay following the D.C. Circuit's March 2018 decision, and ordered that the parties submit a proposed discovery plan and scheduling order, and that Kohl's file a dispositive motion relating to the D.C. Circuit's March 2018 decision, within two weeks, by July 26, 2018 (ECF No. 84).

10. The parties are presently discussing a potential resolution of this matter and require additional time to do so. As such, Plaintiff and Kohl's jointly request that this Court extend the

deadlines set forth in the Court's July 12, 2018 Order (ECF No. 84) for a period of twenty-one (21) days, until August 16, 2018. The requested extension will maximize efficiencies by providing the parties with an opportunity to discuss resolution prior to expending the time and resources to prepare the required filings, and prior to the Court entering deadlines that may ultimately not be necessary.

11. This Stipulation is made in good faith and not for the purpose of delay or for any other improper purpose. No trial date has yet been set in this case and no motions are currently pending.

WHEREFORE, Plaintiff Kirby Spencer and Defendant Kohl's Department Stores, Inc. hereby stipulate and respectfully request that the Court enter an Order: (i) extending the deadline for the parties to file a joint discovery plan and scheduling order, and for Kohl's to file a dispositive motion relating to the D.C. Circuit's March 2018 decision, by twenty-one (21) days, until August 16, 2018.

Dated: July 25, 2018

Respectfully submitted,

MCGUIRE LAW, P.C.

By: /s/ Evan M. Meyers
Evan M. Meyers (admitted *pro hac vice*)

*Attorneys for Plaintiff Kirby Spencer*

Dated: July 25, 2018

KELLEY DRYE & WARREN LLP

By: /s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti (admitted *pro hac vice*)
(via email authorization)

*Attorneys for Defendant
Kohl's Department Stores, Inc.*

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: July 30, 2018         By: _____
                              Magistrate Judge Carl W. Hoffman
                              United States Magistrate Judge