Abran E. Vigil
Nevada Bar No. 7548
Brianna Smith
Nevada Bar No. 11795
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: vigila@ballardspahr.com
E-mail: smithbg@ballardspahr.com

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | CASE NO. 2:14-CV-01646-RFB-CWH |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEY** |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

Defendant Kohl's Department Stores, Inc. hereby substitutes Abran E. Vigil and Brianna Smith of the law firm of BALLARD SPAHR LLP, as attorneys of record in place and instead of Craig R. Anderson of the law firm of Marquis Aurbach Coffing.

Dated: ~~July~~ August 10, 2018.

KOHL'S DEPARTMENT STORES, INC.

By: *[signature]*
Lauri A. Mazzuchetti

DMWEST #17952957 v1

I consent to the above substitution.

Dated this 24th day of July, 2018.

MARQUIS AURBACH COFFING

By: /s/ Craig R. Anderson
Craig R. Anderson
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145

I am duly admitted to practice in this District. Above substituted accepted.

Dated this 24th day of July, 2018.

BALLARD SPAHR LLP

By: /s/ Brianna Smith
Abran E. Vigil
Nevada Bar No. 7548
Brianna Smith
Nevada Bar No. 11795
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

**IT IS SO ORDERED**

Dated August 16, 2018

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that on __8/10__, 2018, and pursuant to FRCP 5, a true copy of the foregoing Substitution of Attorney was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

Evan M. Meyers
McGuire Law
55 West Wacker Drive, Ninth Floor
Chicago, IL 60601

Craig K. Perry
Craig K. Perry & Associates
8010 W. Sahara Avenue, Suite 260
Las Vegas, NV 89117

Lauri Mazzuchetti
Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054

Craig R. Anderson
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

/s/ Mary Kay Cale
An employee of Ballard Spahr LLP

3

DMWEST #17952957 v1