| | |
|---|---|
| Craig K. Perry (Nev. Bar No. 03786) | Evan M. Meyers (*pro hac vice*) |
| cperry@craigperry.com | emeyers@mcgpc.com |
| CRAIG K. PERRY & ASSOCIATES | MCGUIRE LAW, P.C. |
| 8010 W. Sahara Avenue, Suite 260 | 55 W. Wacker Dr., 9th Fl. |
| Las Vegas, Nevada 89117 | Chicago, Illinois 60601 |
| Tel: (702) 228-4777 | Tel: (312) 893-7002 |

*Attorneys for Plaintiff*

| | |
|---|---|
| Abran E. Vigil (Nev. Bar No. 7548) | Lauri A. Mazzuchetti (*pro hac vice*) |
| vigila@ballardspahr.com | lmazzuchetti@kelleydrye.com |
| Brianna G. Smith (Nev. Bar No. 11795) | KELLEY DRYE & WARREN LLP |
| BALLARD SPAHR LLP | One Jefferson Road, 2nd Floor |
| 1980 Festival Plaza Drive, Suite 900 | Parsippany, New Jersey 07054 |
| Las Vegas, Nevada 89135 | Tel: (973) 503-5924 |
| Tel: (702) 471-7000 | |
| Fax: (702) 471-7070 | |

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRBY SPENCER | No.: 14-cv-01646-RFB-CWH |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR A STAY** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | **(First Request)** |
| | Hon. Richard F. Boulware, II |
| | Magistrate Judge Carl W. Hoffman |

Plaintiff Kirby Spencer ("Plaintiff"), by and through his attorneys Craig K. Perry & Associates and McGuire Law, P.C., and Defendant Kohl's Department Stores, Inc. ("Defendant"), by and through its attorneys Ballard Spahr LLP and Kelley Drye & Warren LLP, hereby stipulate and agree, pursuant to L.R. IA 6-1 and 6-2, and L.R. 7-1, and subject to this Court's approval, to an extension of time to September 24, 2018 for Plaintiff to respond to

Defendant's Motion for Judgment on the Pleadings or, in the Alternative, for a Stay (ECF Nos. 89, 90) ("Motion for Judgment"), and for an extension of time to October 22, 2018 for Defendant to file its reply in support of its Motion for Judgment.

This Stipulation is made in good faith and not for the purpose of delay or for any other improper purpose. Plaintiff's response to Defendant's Motion for Judgment is currently due August 30, 2018 (ECF No. 89). Plaintiff seeks the additional time to properly address the issues raised in Defendant's Motion, as well as due to Plaintiff's counsel's significant other work commitments and travel over the upcoming weeks, including the Labor Day holiday. Defendant seeks the additional time to file its reply to properly address the issues likely to be raised in Plaintiff's Opposition brief. This is the first request for extension of time related to Defendant's Motion for Judgment.

WHEREFORE, Plaintiff Kirby Spencer and Defendant Kohl's Department Stores, Inc. hereby stipulate and respectfully request that the Court enter an Order: (i) extending the deadline for Plaintiff to file his response to Defendant's Motion for Judgment to September 24, 2018; and (ii) extending the deadline for Defendant to file its Reply in support of the Motion for Judgment to October 22, 2018.

| Dated: August 24, 2018 | Respectfully submitted, |
|---|---|
| | MCGUIRE LAW, P.C. |
| | By: /s/ Evan M. Meyers |
| | Evan M. Meyers (*pro hac vice*) |
| | *Attorneys for Plaintiff Kirby Spencer* |
| Dated: August 24, 2018 | KELLEY DRYE & WARREN LLP |
| | By: /s/ Lauri Mazzuchetti |
| | Lauri Mazzuchetti (*pro hac vice*) |
| | *Attorneys for Defendant Kohl's Department Stores, Inc.* |

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: August 27, 2018.    By: _____
Hon. Richard F. Boulware, II
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, I electronically filed the forgoing *Stipulation and [Proposed] Order for Extension of Briefing Schedule on Defendant's Motion for Judgment on the Pleadings or, in the Alternative, for a Stay* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

/s/ Evan M. Meyers