Craig K. Perry (NV Bar No. 03786)
cperry@craigperry.com
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Tel: (702) 228-4777

Evan M. Meyers (*pro hac vice*)
emeyers@mcgpc.com
Eugene Y. Turin (*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
Tel: (312) 893-7002

*Attorneys for Plaintiff*

Lauri A. Mazzuchetti (*pro hac vice*)
lmazzuchetti@kelleydrye.com
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Tel: 973-503-5924

Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRBY SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendant. | **Case No. 2:14-cv-01646-RFB-DJA**<br><br>**STIPULATION AND ORDER**<br><br>**TO AMEND SCHEDULING ORDER AND EXTEND DEADLINES**<br><br>**SECOND REQUEST** |

Plaintiff Kirby Spencer ("Plaintiff"), by and through his attorneys Craig K. Perry & Associates and McGuire Law, P.C., and Defendant Kohl's Department Stores, Inc. ("Kohl's"), by and through its attorneys Pisanelli Bice PLLC and Kelley Drye & Warren LLP, pursuant to Local Rules 6-1, 6-2 and 7-1, 26-4, and Fed. R. Civ. P. 16, hereby stipulate as follows:

1. Plaintiff commenced this action on October 7, 2014. (ECF No. 1).

2. Pursuant to the Court's September 30, 2015 Order, Plaintiff filed his First Amended Complaint on October 13, 2015 (ECF No. 50), and Kohl's filed its Answer to the First Amended Complaint on November 13, 2015 (ECF No. 53).

3. On November 24, 2015, this Court issued an Amended Scheduling Order setting a discovery deadline of May 3, 2016, a deadline for Plaintiff to file a motion for class certification of May 27, 2016, and a deadline for Defendant to file dispositive motions 60 days after the Court's ruling on the motion for class certification (ECF No. 55).

4. On March 2, 2016, the Court extended the discovery deadline until July 8, 2016, and the Plaintiff's deadline to file a motion for class certification was extended until August 2, 2016 (ECF No. 59).

5. On July 8, 2016, the Parties filed a Joint Motion to Stay Proceedings after a Motion to Transfer was filed in a different case before the Joint Panel on Multidistrict Litigation ("JPML") (ECF No. 62), which was granted by this Court on July 13, 2016, staying this action (ECF No. 63).

6. Following the denial of transfer to the JPML, this Court ordered that the stay be lifted (ECF No. 66), and on November 1, 2016, this Court issued a Scheduling Order, extending the discovery deadline until April 28, 2017, and extending Plaintiff's deadline to file a motion for class certification until May 26, 2017 (ECF No. 70).

7. On February 6, 2017, this Court granted Kohl's Motion to Stay pending the decision of the D.C. Circuit Court of Appeals in *ACA Int'l v. Fed. Commc'ns*

*Comm.*, No. 15-1211 (D.C. Cir. 2015) (ECF No. 83).

8. On July 12, 2018, this Court entered an Order lifting the stay following the D.C. Circuit's decision, and ordered that the Parties submit a proposed discovery plan and scheduling order, and that Kohl's file a dispositive motion relating to the D.C. Circuit's decision, within two weeks, by July 26, 2018 (ECF No. 84), a deadline that was extended to August 16, 2018, pursuant to stipulation by the Parties, so that the Parties could discuss a potential resolution to this matter (ECF No. 86).

9. On March 13, 2019, the Court denied Kohl's pending motion for judgment on the pleadings following the D.C. Circuit's decision in *ACA Int'l*, or in the alternative, for a stay.

10. On April 1, 2019, the Court entered the Parties' proposed Joint Discovery Plan and Amended Scheduling Order. (ECF No. 106), setting a discovery close date of June 27, 2019, with Plaintiff's Motion for Class Certification due on October 8, 2019, and any dispositive motions due no later than 60 days after the Court's ruling on the Motion for Class Certification.

11. On July 3, 2019, the Court entered the Parties' first Stipulation to Amend Scheduling Order and Extend Deadlines, extending the fact discovery cut-off until August 27, 2019 (ECF No. 112).

12. Since the Court's entry of the Parties' Stipulation, the Parties have focused on seeking resolution of the matter and believe that additional time is needed to complete such discussions before utilizing any further resources towards discovery and active litigation of the case.

13. Accordingly, Counsel for Plaintiff and for Defendant have met and conferred and agree that the deadline to complete merits discovery should be extended so that the Parties' settlement discussions can be concluded.

14. Plaintiff and Defendant agree that the Fact Discovery Cut-Off should be extended for 28 days, until September 24, 2019, with the Parties to file a Joint

Status Report by October 1, 2019 regarding whether the case is being resolved or otherwise proposing expert disclosure and dispositive motion deadlines.

15. This Stipulation is made in good faith and not for the purpose of delay or for any other improper purpose. No trial date has yet been set in this case and no motions are currently pending.

**WHEREFORE,** Plaintiff Kirby Spencer and Defendant Kohl's Department Stores, Inc. hereby stipulate and respectfully request that the Court enter and Order extending the fact discovery cut-off until September 24, 2019 with the Parties to file a Joint Status Report by October 1, 2019.

Dated:  August 27, 2019

Respectfully submitted,
MCGUIRE LAW, P.C.
By: /s/ Evan M. Meyers
Evan M. Meyers (admitted *pro hac vice*)
*Attorneys for Plaintiff Kirby Spencer*

Dated:  August 27, 2019

KELLEY DRYE & WARREN LLP
By: /s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti (admitted *pro hac vice*)

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISRATE JUDGE

DATED: August 28, 2019