Craig K. Perry (NV Bar No. 03786)
cperry@craigperry.com
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Tel: (702) 228-4777

Evan M. Meyers (*pro hac vice*)
emeyers@mcgpc.com
Eugene Y. Turin (*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
Tel: (312) 893-7002

*Attorneys for Plaintiff*

Lauri A. Mazzuchetti (*pro hac vice*)
lmazzuchetti@kelleydrye.com
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Tel: 973-503-5924

Abran E. Vigil
Brianna Smith
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRBY SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendant. | **Case No. 2:14-cv-01646-RFB-CWH**<br><br>**JOINT STIPULATION OF CASE DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff, Kirby Spencer, and Defendant, Kohl's Department Stores, Inc., through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the claims, if any, of the members of the putative class.

Dated: February 20, 2020

Respectfully submitted,
MCGUIRE LAW, P.C.
By: /s/ Eugene Y. Turin
Eugene Y. Turin (admitted *pro hac vice*)
*Attorneys for Plaintiff Kirby Spencer*

Dated: February 20, 2020

KELLEY DRYE & WARREN LLP
By: /s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti (admitted *pro hac vice*)
*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

Pursuant to Stipulation, **IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of February, 2020.